HON. JUDGE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

LIAM POWERS,

      Plaintiff,

v.

SEATTLE PUBLIC SCHOOL DISTRICT #1, a municipal corporation; LARRY NYLAND, individually and in his official capacity as past Superintendent of Seattle Public Schools; TED HOWARD, individually and in his official capacity as Principal of Garfield High School; KATRINA HUNT, individually and in her official capacity as Principal of Garfield High School,

      Defendants.

No. 2:21-cv-01160-JHC

STIPULATED MOTION TO DISMISS DEFENDANT LARRY NYLAND

NOTE ON MOTION CALENDAR:

**August 18, 2022**

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(ii), the parties stipulate and respectfully move the court for an order dismissing all claims as to defendant Larry Nyland. This stipulation is based on the fact that, based on the discovery produced in this case and deposition testimony, Nyland played no role in the events alleged in the amended complaint.

STIPULATED MOTION TO DISMISS
DEFENDANT LARRY NYLAND
(No. 2:21-cv-01160-JHC) - 1

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD this 18th day of August

2 2022.

3 RUIZ & SMART LLP                         PREG O'DONNELL & GILLETT PLLC

4

5

6 By: s/Isaac Ruiz                                 By: s/Mark O'Donnell
  Isaac Ruiz, WSBA #35237                          Mark F. O'Donnell, WSBA #13606
  iruiz@ruizandsmart.com                           modonnell@pregodonnell.com

7 McKean J. Evans, WSBA #52750                     Dan Rankin, WSBA #49673
  mevans@ruizandsmart.com                          drankin@pregodonnell.com

8 **Counsel for Liam Power**

9

10

11                                   **ORDER**

12        This matter comes before the Court on the parties' stipulated motion for dismissal of all

13 claims as to defendant Larry Nyland. Pursuant to Fed. R. Civ. P. 41(ii), the Court GRANTS the

14 stipulated motion for dismissal of all claims and ORDERS that all claim in this lawsuit are

15 DISMISSED as to Larry Nyland without an award of fee or costs to any party.

16        IT IS SO ORDERED.

17        DATED this 18th day of August, 2022.

18

19

20 HONORABLE JOHN H. CHUN
   United States District Court Judge

21

22

23

24

25

STIPULATED MOTION TO DISMISS
DEFENDANT LARRY NYLAND
(No. 2:21-cv-01160-JHC) - 2

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702