Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LIAM POWERS,

                Plaintiff(s),

v.

SEATTLE PUBLIC SCHOOL DISTRICT #1, a municipal corporation; TED HOWARD, individually and in his official capacity as Principal of Garfield High School; KATRINA HUNT, individually and in her official capacity as Principal of Garfield High School,

                Defendant(s).

NO. 2:21-cv-01160-JHC

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR: DECEMBER , 2022

## I.    RELIEF REQUESTED

The Parties, by and through their respective counsel, respectfully notify the Court that the Parties have resolved all claims for relief and affirmative defenses in the above-captioned case. The Parties hereby stipulate and agree that all such claims and defenses shall be dismissed with prejudice and without attorneys' fees or costs to any party.

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL - 1
10059-0097  5871886
Case No. 2:21-cv-01160-JHC

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this ___ day of December, 2022

RUIZ & SMART LLP

By: /s/ Isaac Ruiz
Isaac Ruiz, WSBA #35237
*Attorney for Plaintiff Liam Powers*

DATED this ___ day of December, 2022

PREG O'DONNELL & GILLETT PLLC

By /s/ Mark F. O'Donnell
Mark F. O'Donnell, WSBA #13606
Daniel Rankin, WSBA #49673
*Attorneys for Defendants Seattle Public School District #1, Ted Howard, and Katrina Hunt*

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL - 2
10059-0097  5871886
Case No. 2:21-cv-01160-JHC

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## II. ORDER

THIS MATTER having come on for hearing upon the above Stipulated Motion for Dismissal, and the court having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is hereby dismissed with prejudice and without fees and costs to any party.

DATED this 29th day of December, 2022.

_____
Honorable John H. Chun
United States District Court Judge

Presented by:

PREG O'DONNELL & GILLETT PLLC

By *s/ Mark F. O'Donnell*
Mark F. O'Donnell, WSBA #13606
Daniel Rankin, WSBA #49673
*Attorneys for Defendants*

Copy Received; Approved as to Form;
Notice of Presentation Waived:

RUIZ & SMART PLLC

By: */s/ Isaac Ruiz*
Isaac Ruiz, WSBA #35237
*Attorney for Plaintiff*

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL - 3
10059-0097  5871886
Case No.  2:21-cv-01160-JHC

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113